IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHERYL MOSS

    v.

NCO FINANCIAL SYSTEMS, INC.

NO. 11-2799

FILED
JUL 2 5 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE BAYLSON, J.

    AND NOW, to wit, this 25th day of July, 2011, It is ORDERED that in accordance with NCO FINANCIAL SYSTEMS INC'S offer of judgment and Plaintiffs acceptance pursuant to F.R.C.P. 68, judgment is entered in favor of Plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the sum of $750.00 together with interest and costs.

                                                BY THE COURT:

                                                ATTEST:

                                                Deputy Clerk

judg